Form Number LR 3015-1 A (12/15)

CHAPTER 13 PLAN - AMENDED

Case No.: **15-83120**

Debtor(s): **Timothy L Buchman**  SS#: **xxx-xx-3195**  Net Monthly Earnings: **3,563.25**

**Teresa S Buchman**  SS#: **xxx-xx-3282**  Number of Dependents: **2**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Mapco Express Inc.** for
   $ **598.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

   Length of plan is **60** months, with payments of **$565.00 per month for 2 months, then $598.00 per month for 58 months** and the total debt to be paid through the plan is $ **35,814.00**.

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT |
|---|---|---|
| **Alabama Department of Revenue** | **Taxes and certain other debts** | $1,382.79 |
| **Internal Revenue Service** | **Taxes and certain other debts** | $7,526.99 |

   B. Total Attorney Fee: $ **3,000.00** ; **$32.00** paid pre-petition; $ **2,968.00** to be paid at confirmation.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citifinancial** | $102,077.00 | ☐ by Trustee<br>☑ by Debtor<br>$880.00 | **December 2015** | $9,000.00 | **Through November 2015** | **5.25%** | $261.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments |
|---|---|---|---|---|---|---|---|
| **JD Byrider** | $92.00 | $9,296.62 | $9,370.00 | $0.00 | **2007 Ford Taurus** | **5.25%** | $274.00 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions (check all applicable boxes):

   ☐ This is an original plan.

   ☑ This is an amended plan replacing plan dated **1/19/16**.

   ☑ This plan proposes to pay unsecured creditors **pro rata** %.

   ☑ Other Provisions:
   **(1) All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.
   (2) Payments by the Trustee-Pursuant to 11 U.S.C. § 1326(b), from money received, the trustee shall first pay 507(a)(2) costs, and then attorneys' fees of $2948.00. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims.
   (3) ALL SECURED CLAIMS SHALL BE PAID AS NOTED IN SECTION 2 OR UNTIL SAID CLAIM IS PAID IN FULL. CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.
   (4) Allowed secured claims will receive adequate protection from the date of confirmation, or from the bar date if the claim is filed after confirmation, until the debtors' attorney fee is paid in full. At such time as the debtors' attorneys fee is paid, the allowed secured claims shall be paid in monthly payments as set forth above.
   (5) Unsecured creditors shall not receive interest on their claims unless specifically provided for in this plan.**

Name/Address/Telephone/Attorney for Debtor (s)  Dated: **January 19, 2016**  /s/ Timothy L Buchman
**Amy K. Tanner**  **Timothy L Buchman**
  Signature of Debtor
**225 Pratt Avenue NE**  /s/ Teresa S Buchman
**Huntsville, AL 35801-4008**  **Teresa S Buchman**
Telephone #  **256-539-9899**  Signature of Debtor