UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>TIMOTHY L BUCHMAN AND TERESA S BUCHMAN<br><br>    Debtor(s) | CHAPTER 13<br>CASE NO. 15-83120-CRJ-13 |

### AGREED ORDER CONDITIONALLY DENYING RELIEF FROM STAY

This matter is scheduled to come before the Court on October 19, 2016 upon the Motion of CitiFinancial Servicing LLC seeking relief from the automatic stay imposed by 11 U.S.C. § 362, as the same relate(s) to the enforcement of the lien of CitiFinancial Servicing, LLC and its assigns, against property of the Debtor(s) located at: 199 Jason Drive, Owens Crossroads, AL 35763.

Prior to the hearing, the parties notified that Court that an agreement had been reached, and based on that agreement, the Court finds that good cause exists to modify the stay. It is therefore ORDERED, ADJUDGED and DECREED that the Motion of CitiFinancial Servicing, LLC is CONDITIONALLY DENIED, conditioned upon the following:

1. The Debtors' postpetition arrearage owed to CitiFinancial Servicing, LLC in the aggregate amount of $8,863.00 which represents payments due for January 2016 – October 2016 at $886.30 each, is to be placed back into the Chapter 13 Plan. The Plan is amended to include, and CitiFinancial Servicing, LLC is hereby allowed to file a claim for, the postpetition arrearage. The interest rate to be paid on the claim, if any, shall be stated on the claim. The Trustee is authorized to modify the Plan to provide for the postpetition arrearage.

2. The Debtors shall resume their regular monthly mortgage payments due CitiFinancial Servicing, LLC beginning with the November 2016 payment, and continuing each successive month thereafter, as the payments fall due each month, until the mortgage obligation

with CitiFinancial Servicing, LLC, or its assigns, has been satisfied.

3. Should the Debtors default under the terms of this Order or the terms of the mortgage contract by the failure to make a payment to the Creditor within thirty (30) days of the payment due date, then the Creditor shall give the Debtors, the Debtors' attorney, and the Chapter 13 Trustee notice that payments have not been made pursuant to the Order and the stay shall lift unless an objection to the default notice is filed with the Court.

4. The Debtors and the Chapter 13 Trustee have twenty (20) days from the date of the notice to file an objection to the default notice with the Court. If such an objection is not filed within the twenty (20) days, then relief from stay is granted without further Order from the Court. If the Debtors or the Chapter 13 Trustee files such an objection, then the stay will remain in effect until the hearing on the objection.

5. Once relief has been granted, CitiFinancial Servicing, LLC will no longer file any additional Payment Change Notification or Post-Petition Fee Notification in conjunction with the aforementioned loan in the case of the entry of the relief Order in conjunction with the loan.

Dated this the 18th day of October, 2016.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge


Consented to by:

Amy K Tanner
Attorney for Debtor(s)

Michael Ford
Chapter 13 Trustee

This Order was prepared by:
Evan Eberhardt
Jauregui & Lindsey, LLC
Attorney for CitiFinancial Servicing, LLC